# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMOND PETRUS,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>NEW YORK LIFE INSURANCE COMPANY, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No. 14-cv-2268-BAS-JMA<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS NEW YORK LIFE INSURANCE COMPANY FROM ACTION WITH PREJUDICE**<br><br>[ECF No. 100] |

Plaintiff Edmond Petrus and Defendant New York Life Insurance Company ("NYLI") have jointly moved to dismiss the action as to Defendant NYLI with prejudice pursuant to Rule 41(a) with each party to bear its own attorney fees and costs. (ECF No. 100.) Having considered the motion and good cause appearing, the Court **GRANTS** the joint motion. (ECF No. 100.) Defendant NYLI is **HEREBY DISMISSED WITH PREJUDICE**. Each side shall bear its own attorney fees and costs. In light of this dismissal, the Court **TERMINATES AS MOOT** Defendant NYLI's motion for partial summary judgment. (ECF No. 78.)

**IT IS SO ORDERED.**

**DATED: March 27, 2018**

Hon. Cynthia Bashant
United States District Judge